UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EFRAIN SANTIAGO,                                 :
                                                 :
              Plaintiff,                         :       ORDER
                                                 :
       -v.-                                      :       20 Civ. 6098 (ALC) (GWG)
                                                 :
CITY OF NEW YORK, et al.,                        :
                                                 :
              Defendants.                        :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN UNITED STATES MAGISTRATE JUDGE

   The time of the initial case management conference scheduled for Monday, April 12, 2021, is changed to 10:00 a.m.  The same dial-in information applies.  Any recording or dissemination of the proceeding in any form is forbidden.  Upon receipt of this order, each counsel is directed to confirm with all other counsel that each party to this proceeding has received a copy of this order.

Dated:  New York, New York
        April 8, 2021

                                                 SO ORDERED:

                                                 _____
                                                 GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge