UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EFRAIN SANTIAGO,

                Petitioner,                      20 **CIVIL** 6098 (ALC)(SLC)

      -against-                          **JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 28, 2024, Defendant's motion for summary judgment, ECF No. 63, is hereby GRANTED. Plaintiff's Amended Complaint is DISMISSED with prejudice pursuant to Fed. R. Civ. P. 56.

    **Dated**: New York, New York

     September 30, 2024

                                                      **DANIEL ORTIZ**
                                                     **Acting Clerk of Court**

                              **BY:** _____
                                                       **Deputy Clerk**